# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02195-REB

JOHN TIMOTHY HARRISON,

     Applicant,

v.

PAMELA PLOUGHE (Warden), and
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,

     Respondents.

## JUDGMENT

Pursuant to and in accordance with the **Order on Application for Writ of Habeas Corpus** entered by Judge Robert E. Blackburn on July 8, 2015, the following Judgment is entered:

1. The **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** (Application) [#1] filed August 17, 2012, is **DENIED**;

2. That this case is dismissed with prejudice;

3. That a certificate of appealability shall not issue under 28 U.S.C. § 2253(c); and

4. That leave to proceed on appeal *in forma pauperis* is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated at Denver, Colorado this 10th day of July, 2015.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

    By:  s/   Kathleen Finney

        Kathleen Finney
        Deputy Clerk